June 30, 2015

Abel Acosta, Court Clerk
Court of Criminal Appeals

RE: Status of Application for Writ of Habeas Corpus - 11.07
    CCA Writ No: WR-83,053-01
    Tr. Ct. Cause No: D-1-DC-12-904056

On April 2, 2015, I received notice from this Court that my application for writ of habeas corpus had been received.

Please advise me of the current status of my application in this Court and if any decision has been rendered in this matter.

As a special note, this application was not filed to challenge my conviction, but only to obtain this Court's reconsideration of the "out-of-time" ruling of my pro se PDR no: PD-1712-13.

Respectfully,
Donald Jenkins
Appellant pro se - TDCJ# 1820499
Connally Unit
899 FM 632
Kenedy, Tx 78119

cc: file/da